

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br>v.<br><br>Robert Young<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CR 08-798<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of _Plaintiff and Defendant_, IT IS ORDERED that a detention hearing is set for _3/26/2009_, _____, at _1:00_ ☐ a.m. / ☒ p.m. before the Honorable _Whaley, Robert_, in Courtroom _1, Spring Street_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _3/23/2009_

U.S. ~~District Judge~~/Magistrate Judge

**JENNIFER T. LUM**

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

CR-66 (10/97)   Page 1 of 1